UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE CATHY A. BENCIVENGO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Octavio Espinoza-De La Torre,<br><br>Defendant. | CASE NO.:   19CR3856-CAB<br><br>**ORDER TO ADVANCE SENTENCING HEARING AND TERMINATE REQUEST FOR PRESENTENCE REPORT** |

**IT IS HEREBY ORDERED** that the Joint Motion to Advance the Sentencing Hearing and Waive PSR (Doc. 50) is granted. A presentence report is no longer ordered to be prepared by United States Probation. The Sentence with PSR set for October 23, 2020 is vacated and reset for Sentence without PSR for September 16, 2020 at 10:00 a.m. The parties shall proceed with a criminal rap sheet and file any documentation the Court is to consider forthwith.

**IT IS SO ORDERED.**

DATED:  9/9/2020

_____
**Honorable Cathy Ann Bencivengo**
United States District Judge